## *Ex-parte* HINCKLEY.

*A petitioner for the location of a county road, is ineligible as one of the locating committee ; and his appointment vitiates the subsequent proceedings.*

THE petitioner prayed for a writ of *certiorari* to the court of Sessions, to bring up the record of the location of a county road through a township of which he was the proprietor ; alleging among other things, that one *Pond*, who was one of the petitioners for the road, had been appointed and acted as one of the locating committee.

It was answered that though he had an interest, as a petitioner, in the matter pending, yet that the office of the locating com-

mittee was purely ministerial, and incapable of being affected by any interest of the members, in the actual location of the road.

But THE COURT were of opinion that as he had some discretionary powers as to the place in which the road was to be located, and was not disinterested, he was not qualified to act as one of the locating committee. And the writ being granted, the record was afterwards quashed, for this cause.